RECEIVED
IN LAKE CHARLES, LA
AUG 3 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRIDGEFIELD CASUALTY INSURANCE COMPANY | : | DOCKET NO. 06-718 |
| VS. | : | JUDGE TRIMBLE |
| DR. FAYEZ SHAMIEH, ET AL | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to abstain and dismiss (doc. #9) filed by defendants, Fayez K. Shamieh, MD, PMC, Surgicare Outpatient Center of Lake Charles, Inc. d/b/a Surgicare of Lake Charles, Frank W. Lopez, M.D., Lynn E. Foret, M.D. APMC, Advance Medical & Diagnostic Center, and Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital is hereby **DENIED,** and the motion to stay the instant suit pending a ruling in *Liberty Mutual Ins. Co. v. Gunderson, et al,* Civil Action No. 04-CV-2405 from the Fifth Circuit of Appeal is hereby **GRANTED.**

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 31st day of August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE